# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COGENTDESIGN, INC., et al.,<br><br>                              Plaintiffs,<br>  vs.<br>SCOTT A WAAGE, et al.,<br><br>                              Defendants. | CASE NO. 07 CV 0117 JM (JMA)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Upon consideration of the joint motion to dismiss the complaint with prejudice submitted by the parties herein, and upon good cause,

IT IS HEREBY ORDERED that the complaint in this matter is dismissed as to all parties, with prejudice. The Clerk is instructed to close the case.

**IT IS SO ORDERED.**

**DATED: April 18, 2008**

_____
Hon. Jeffrey T. Miller
United States District Judge